IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PACKET INTELLIGENCE LLC<br>　　　*Plaintiff*,<br><br>v.<br><br>ERICSSON INC.<br>　　　*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:18-cv-00381-JRG<br>(LEAD CASE) |
| PACKET INTELLIGENCE LLC<br>　　　*Plaintiff*,<br><br>v.<br><br>NOKIA SOLUTIONS AND NETWORKS US LLC<br>　　　*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:18-cv-00382-JRG<br>(Member Case) |

## AMENDED REPORT OF MEDIATION

The above-captioned case was mediated by David Folsom on Wednesday, August 28, 2019, between plaintiff, Packet Intelligence LLC, and defendant, Nokia of America Corporation. The mediation session has been suspended and a report was filed with the Court on August 29, 2019.  After additional follow up with the undersigned mediator, the parties have reached a settlement.

Signed this 18th day of September 2019.

　　　　　　　　　　　　　　　　　　　　　　*/s/  David Folsom*
　　　　　　　　　　　　　　　　　　　　　　David Folsom
　　　　　　　　　　　　　　　　　　　　　　TXBN: 07210800
　　　　　　　　　　　　　　　　　　　　　　JACKSON WALKER, LLP
　　　　　　　　　　　　　　　　　　　　　　6002-B Summerfield Drive
　　　　　　　　　　　　　　　　　　　　　　Texarkana, Texas  75503
　　　　　　　　　　　　　　　　　　　　　　Telephone: (903) 255-3250
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (903) 255-3265
　　　　　　　　　　　　　　　　　　　　　　E-mail:  dfolsom@jw.com

23944928v.1 141408/00749

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 18th day of September 2019.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

                                        */s/  David Folsom*
                                        David Folsom